SCWC-13-0002469

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

SUSAN CHIN, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-00002469; CR. NO. 12-1-0331)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Susan Chin's

Application for Writ of Certiorari, filed on December 22, 2014,

is hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawaiʻi, January 30, 2015.

William A. Harrison              /s/ Mark E. Recktenwald
for petitioner
                                 /s/ Paula A. Nakayama
Keith M. Kaneshiro and
Sonja P. McCullen                /s/ Sabrina S. McKenna
for respondent
                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

